UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN VAN TRINH (10),<br><br>        Defendant. | Case No.: 14cr216-MMA-10<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TERMINATE SUPERVISED RELEASE**<br><br>[Doc. No. 756] |

   Subsequent to pleading guilty to Counts One and Eighteen of a Superseding Indictment charging Defendant John Van Trinh ("Defendant") with Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 846, and Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), the Court sentenced Defendant to 84 months in custody as to each count to run concurrent followed by a three-year term of supervised release. Doc. No. 424. Defendant now moves for early termination of supervised release. Doc. No. 756. Neither the United States Attorney nor United States Probation oppose the motion. *Id.* at 2–3.

   Pursuant to 18 U.S.C. § 3583(e)(1), the Court may, after considering the factors set forth in 18 U.S.C. § 3553(a), "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if

it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).  Upon due consideration of the applicable factors set forth in 18 U.S.C. § 3553(a), the interests of justice, and Defendant's conduct, the Court **GRANTS** the motion.  Accordingly, pursuant to 18 U.S.C. § 3583(e)(1), the Court **TERMINATES** Defendant's term of supervised release and **DISCHARGES** Defendant as of the date this Order is filed.

**IT IS SO ORDERED**.

Dated:  September 20, 2022

HON. MICHAEL M. ANELLO
United States District Judge